# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD DALY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-445-D |
| | ) |
| D.C. COLE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 6] in its entirety.

**IT IS THEREFORE ORDERED** that, for the reasons stated in the Report and Recommendation, Petitioner's Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is **DENIED**. If Petitioner does not pay the $5.00 filing fee in full to the Clerk of Court within 21 days of this Order, this action may be dismissed without prejudice to refiling.

**IT IS FURTHER ORDERED** that this action is **RE-REFERRED** to Magistrate Judge Amanda Maxfield Green for further proceedings consistent with the initial case referral [Doc. No. 5].

**IT IS SO ORDERED** this 4th day of June, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge